■ In the Matter of JOHN SCHUMANN, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.